# UNITED STATES DISTRICT COURT
for the
EASTERN District of TENNESSEE

Civil Division

James C. Maxey, Pro Se
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Joseph Biden
_____
Defendant(s) see attached
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James C. Maxey |
| Street Address | 5808 Engle Road #5 |
| City and County | Carmichael (Sacramento County, CA.) |
| State and Zip Code | California 95608 |
| Telephone Number | (916) 627-6544 |
| E-mail Address | jamesmaxey1987@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Case 2:21-cv-00027   Document 2   Filed 02/08/21   Page 1 of 11   PageID #: 4

Defendant No. 1
  Name: Joseph Biden
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Kamolo D. Harris
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Michael Rosen
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: McGregor Scott
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 5
- Name: Xavier Becerra
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 6
- Name: Susan Rice
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 7
- Name: Jeh Johnson
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 8
- Name: United States
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 9
- Name: Mormon Church
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 10
- Name: Lance Bradley Wickman
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 11
- Name: Gary P. Summerhays
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 12
- Name: Douglas Emhoff
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 13
Name: Federal Bureau of Investigation
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 14
Name: National Security Agency
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 15
Name: Central Intelligence Agency
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 16
Name: Anne Marie Schubert
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

and Does 1 through 500.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question** United States Constitution, California Penal Code Section 236.1, California Civil Code Sections 52.5 and 52.7, List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Title 50 United States Code Sections 1520 and 1802, Title 22 United States Code Section 7102(9), Sections 4, 47, 201, 2 242, 599, 600, 610, 1001, 1028, 1113, 1117, 1510, 1512, 1519, 1962, 233 2332, 2338, 2340 and 3771 of Title 18 of the United States Cod

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1. The Plaintiff(s)

        a. If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b. If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2. The Defendant(s)

        a. If the defendant is an individual
The defendant, *(name)* Joseph Biden, is a citizen of the State of *(name)* the United States. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Defendants have willfully and intentionally inflicted irreparable physical and mental injuries as well as, immeasurable damage and harm to the Plaintiff's reputation and good name. The amount in controversy must be determined through a Forensic Financial audit of the Defendant

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

On, or about, June 26, 2013, the Plaintiff became aware through Lobbyist Jerry Zanelli of the Governmental Advocates Law Corporation that on, or about, July 22, 1961 a Foreign-based political and religious organization and criminal enterprise acknowledged by the United Kingdom, Queen Elizabeth II of England, Mormon Church Germany, India, Republican National Committee, Democrat National Committee and others unlawfully conspired with Frances Maxey (Anderson) of the United Kingdom and Robert W. Maxey (U.S. born citizen) to gain consent for physicians with the U.S. Air Force (Sewart AFB, Tennessee) to surgically implant microchip technology into his body as a newborn infant which conditioned enormous religious, political and financial benefit used to select and nominate candidates who successfully gained the United States Presidency, as well as, political office at the county, state and federal levels.

| SHORT TITLE: | CASE NUMBER: | MC-025 |
|---|---|---|

**ATTACHMENT (Number):** _____

*(This Attachment may be used with any Judicial Council form.)*

B. From on, or about, June 26, 2013, through, the present time, public, law and judicial officials at the county, state and Federal levels of government, in conjunction with the above-described criminal enterprise, have willfully and intentionally committ state, federal and international criminal offenses under California Civil Code Section 52.7, Sections 4, 47, 201, 225, 242, 599, 600, 610, 1001, 1028, 1113, 1117, 1510, 1512, 1519, 1962, 2331, 2332, 2338, 287 and 3771 of Title 18 of the United states Code, Title 50 USC Sections 1520 and 1802, Title 22 United states Code Section 7102(9), Title 28 USC Section 1350 and United Nations Covenants Against Torture, Trafficking and Human Experimentation with the intent to impede, block and obstruct ANY investigation into crimes against humanity committed by the Defendants beginning on, or about, July 22, 1969 and spanning through the year of 2021. During this time period, the Plaintiff has been willfully and intentionally deprived equal protection and due process rights by the United states District Court For the Eastern District of California, as well as, Tennessee and Judicial Council of California who was presented False, Fictitious and Fraudulent statements and representations about the Plaintiff by corrupt Federal prosecutors that had Financially exploited the Fact he had been surgically implanted with microchip technology.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 8 of ___

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

MC-025
SHORT TITLE:                                    CASE NUMBER:

ATTACHMENT (Number): _____
(This Attachment may be used with any Judicial Council form.)

C.                Statement of claim (continued)

From on, or about, July 22, 1969, through, the present time, the above-described criminal enterprise has financially, politically and religiously exploited the microchip technology implanted into the Plaintiff in an orchestrated, organized and systematic plan in which he has been trafficked and forced into non consensual and involuntary service as a 'guinea pig' and 'biological robot' for involuntary human experimentation and the research and development of: (1) a government research neuroscience program; (2) neurological research into 'radiation'; (3) neurological research into 'mind control'; (4) neurological research into Remote Neural Monitoring as well as, microwave and electromagnetic torture; (5) Surveillance through the use of electrical activity from the visual cortex of his brain seen on a video Monitor and publicly displayed (the Defendants are able to see what the Plaintiff's eyes are seeing); and, (6) neurological research into 'behavior modification. In addition, the Plaintiff has been forced into involuntary service as a 'guinea pig' for the research and development of GPS technologies World-wide. The Defendants have illegally subjected the Plaintiff to imposed observation and tracking of his movements, belongings, person and surroundings through the use of GPS technologies, electronic listening devices, video recording, special imaging and every other means of observing his possessions and activities.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this
Attachment are made under penalty of perjury.)                                      Page ___ of ___
                                                                                  (Add pages as required)
Form Approved for Optional Use
Judicial Council of California                      ATTACHMENT                        www.courtinfo.ca.gov
MC-025 [Rev. July 1, 2009]                      to Judicial Council Form

Case 2:21-cv-00027   Document 2   Filed 02/08/21   Page 9 of 11   PageID #: 12

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

From on, or about, January 20, 2008, through, the present time, the Defendants have committed crimes against the Plaintiff and humanity through torture, trafficking and human experimentation, as well as, gross violations of state, Federal and international laws resulting in the United States Supreme Court deeming 'ObamaCare' and 'gay Marriage' to be Constitutional. The Defendants 'denotionalized' the Plaintiff with intent to obstruct justice related to serious Federal offenses committed by the Defendant, Barack Obama.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The Plaintiff has suffered irreparable physical and mental injury, as well as, immeasurable damage and harm to his reputation and good name. Proper compensation cannot be measured.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) The Plaintiff is entitled to monetary damages determined through a Forensic Financial audit of the Defendants; and,

(2) The Plaintiff demands a preliminary injunction ordering the United States Supreme Court's decisions related to the Constitutionality of: (1) 'ObamaCare'; and, (2) 'gay marriage' through the court case: 'United States v. Edith Schloin-Windsor' be set-a-side pending an emergency hearing and trial on their legal merits. Probable cause exists showing beyond a reasonable doubt that these U.S. Supreme court decisions were unlawfully issued. The Plaintiff is entitled to the above-described relief.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/6/2021

Signature of Plaintiff: *James C. Moxey*
Printed Name of Plaintiff: James C. Moxey

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____